# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER TAWDI, | |
| Plaintiff, | Case No. 2:15-cv-00612-GMN-PAL |
| vs. | **ORDER** |
| VENETIAN CASINO RESORT LLC, | |
| Defendant. | |

This matter is before the Court on Defendant Venetian Casino Resort LLC's Request for Exemption for Insurance Carrier to Attend Early Neutral Evaluation Session (#16), filed on June 12, 2015.

Defendants request that their insurance carrier representative be excused from attendance at the upcoming ENE session on June 26, 2015. Defendant will be instead represented by Calvin Siemer, Vice President and General Counsel for the Defendant. Furthermore, the Defendant represents that they anticipate any settlement to be below the retention level of their insurance policy, rendering the representative's physical attendance unnecessary. Defendant has sufficiently shown good cause for the waiver to be granted. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Venetian Casino Resort LLC's Request for Exemption for Insurance Carrier to Attend Early Neutral Evaluation Session (#16) is **granted**.

**DATED** this 22nd day of June, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge