Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Krulewitz
Nevada Bar No. 11180
dana.krulewitz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant,*
*Venetian Casino Resort, LLC*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

JENNIFER TAWDI, an Individual,

Plaintiff,

vs.

VENETIAN CASINO RESORT LLC, a Nevada Limited Liability Company; DOES I-X unknown persons; ROE Corporations I-X,

Defendants.

Case No.: 2:15-CV-00612-GMN-PAL

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by and between Plaintiff Jennifer Tawdi ("Plaintiff") and Defendant Venetian Casino Resort, LLC ("Defendant"), by and through their respective undersigned counsel, that the above-entitled action shall be dismissed with prejudice, each party to

///

///

///

///

///

///

bear its own fees and costs.

Dated this 25th day of August, 2015

RYAN ALEXANDER CHTD.

/s/ Ryan Alexander
Ryan Alexander
3017 West Charleston Blvd., Suite 58
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

Dated this 25th day of August, 2015

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Dana B. Krulewitz
Anthony L. Martin, Esq.
Dana B. Krulewitz, Esq.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169

*Attorneys for Defendant, Venetian Casino Resort, LLC*

**ORDER**

**IT IS SO ORDERED** this 25th day of August, 2015.

Gloria M. Navarro, Chief Judge
United States District Court

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800